JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Rafael Arroyo, Jr., | ) | 5:20-cv-00749-RSWL-SHKx |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER DISMISSING CASE** |
| Saloum Properties, LLC, et al., | ) | |
| Defendant. | ) | |

On July 14, 2020, the Court ordered counsel to Show Cause [18] why this action should not be dismissed for lack of prosecution. On July 15, 2020, the Court, upon the stipulation of the parties, vacated pending dates in this action and ordered the parties to submit a request for dismissal or show cause in writing, one or before August 14, 2020, why this action should not be dismissed for lack of prosecution. See order at [20]. To date, counsel has not complied with the order to show cause at [18] or the order on stipulation at [20] with a dismissal of this action or a written response (or the filing of the alternative documents in lieu of a written response). Counsel was warned that failure to comply with the Order to Show Cause [18] may result in the dismissal of this action for lack of prosecution and failure to comply with this Court's order.

///

///

///

1  Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 17, 2020        s/ RONALD S.W. LEW
                                  HONORABLE RONALD S. W. LEW
                                  U.S. District Judge